**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRENT DAVID SEEVER,

        Petitioner,

v.                            CIVIL CASE NO. 05-CV-72079-DT
                              HONORABLE AVERN COHN

SUSAN DAVIS,

        Respondent.
_____/

## **JUDGMENT**

For the reasons stated in the Court's Opinion and Order Dismissing Without Prejudice the Petition for Writ of Habeas Corpus, entered and filed this date, the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

                                                DAVID WEAVER
                                                CLERK OF THE COURT

                                                By: _s/ Julie Owens_____
                                                Deputy Clerk

Dated at Detroit, Michigan
this 1st_ day of June, 2005